AO 245H    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | **(For a Petty Offense)** — Short Form |
| | CASE NUMBER: 1:08-PO-107 |
| SPIROS GIANNAROS | USM NUMBER: |
| | James McLaughlin |
| | Defendant's Attorney |

**THE DEFENDANT:**

X **THE DEFENDANT** pleaded guilty to count(s)   Count 2-Viol #1378942-Refusal to submit to chemical test;
Count 3-Viol # 1378943-failure to comply with traffic control device

The defendant is charged with the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 cfr 4.23(a)(1) | Operating under the influence | 4/18/08 | 1 |
| 36 cfr 4.23 (c)(2) | Refusal to submit to chemical test | 4/18/08 | 2 |
| 36 cfr 4.12 | failure to comply with traffic control device | 4/18/08 | 3 |

X Count(s) Viol # 1378941 - Operating under the influence   ☐ is   X are   dismissed on the motion of the United States.

1. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
2. The defendant is to submit up to 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |  |
|---|---|---|---|
| **Total:** | $ $20.00 assessments/ $25 court costs | $ 525.00 in fines | Total amount due: $570.00 |

Violation # 1378942-Refusal to submit to chemical test - $500.00 fine / $25.00 court costs/ $10.00 Special assessment

Violation # 1378943-failure to comply with traffic control device - $25.00 fine / $10.00 special assessment

Defendant's Soc See No: xxx-xx-xxxx                    12/22/08
                                                      Date of Imposition of Judgment

Defendant's Date of Birth   x/x/72

                                                      _____
                                                      Signature of Judge

Defendant's Residence Address:


                                                      USMJ LEO T. SOROKIN
                                                      Name and Title of Judge

                                                      1/5/09
                                                      Date

Defendant's Mailing Address.